**ROCKARD J. DELGADILLO**, City Attorney (SBN 125465x)　　　　JS-6
**MICHAEL CLAESSENS**, Senior Assistant City Attorney
**CORY M. BRENTE,** Assistant City Attorney
**GEOFFREY PLOWDEN,** Deputy City Attorney (SBN 146602)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA  90012
Email: geoffrey.plowden@lacity.org
Phone No.: (213) 978-7038
Fax No.: (213) 978-8785

Attorneys for Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, DANIEL MURRUFO, JASON AHN, HAROSHI UEHARA, FRANCISCO CARRILLO, ROBERT CALDERON, erroneously sued herein as LENARD CALDERON, ANDREW BARBOZA and ERIC BRUNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON MEDINA<br><br>　　　*Plaintiff*<br><br>　　vs.<br><br>LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, DANIEL MURRUFO, JASON AHN, HAROSHI UEHARA, FRANCISCO CARRILLO, LENARD CALDERON, ANDREW BARBOZA, ERIC BRUNER,<br><br>　　　*Defendants*. | CASE NO. CV08-4366 VBF (CWx)<br><br>**ORDER** |

　　　Pursuant to the stipulation of the parties, the Court agrees to dismiss the above-entitled action in its entirety without prejudice.

DATED:_10/31/08_____　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　United States District Judge